HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON
Assistant Federal Defender, #179741
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710
linda_allison@fd.org

Attorney for Defendant
KRISTINE RICHARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-0166-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| KRISTINE RICHARDS, | Date: November 13, 2017 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ROBERT ARTUZ and Assistant Federal Defender LINDA C. ALLISON, attorney for KRISTINE RICHARDS, that the Court vacate the status conference scheduled for November 13, 2017 and continue the matter to December 11, 2017, at 10:00 am. Defense counsel requires additional time to continue investigating the facts of the case, reviewing discovery and negotiating a resolution to this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

| | |
|---|---|
| 1 | The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through December 11, 2017, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4]. |

Dated: November 8, 2017

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Linda Allison*
                                              LINDA ALLISON
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              KRISTINE RICHARDS

Dated: November 8, 2017

                                              PHILLIP A. TALBERT
                                              United States Attorney

                                              */s/ Robert Artuz*
                                              ROBERT ARTUZ
                                              Special Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 11, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the November 13, 2017 status conference shall be continued until December 11, 2017, at 10:00 a.m. before Hon. Edmund F. Brennan.**

Dated: November 8, 2017

HON. EDMUND F. BRENNAN
United States Magistrate Judge