1  McGREGOR W. SCOTT
   United States Attorney
2  ERICA L. ANDERSON
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KRISTINE T. RICHARDS,<br><br>                Defendant. | CASE NO. 2:17-CR-00166-EFB<br><br>STIPULATION TO CONTINUE SENTENCING; [~~PROPOSED~~] ORDER<br><br>DATE: March 5, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

Plaintiff United States of America, by and through its counsel of record, Erica L. Anderson, and the defendant, KRISTINE T. RICHARDS, by and through her counsel of record, Linda C. Allison, hereby stipulate that the sentencing hearing currently set for March 5, 2018 at 10:00 a.m. be continued to March 26, 2018 at 2:00 p.m.

Probation has no objection to this continuance.

IT IS SO STIPULATED.

Dated: March 1, 2018

                McGREGOR W. SCOTT
                United States Attorney

                By: */s/ Erica L. Anderson*
                      ERICA L. ANDERSON
                      Special Assistant United States Attorney

Dated: March 1, 2018          /s/ Linda C. Allison (as authorized on 3/1/18)
                              LINDA C. ALLISON
                              Assistant Federal Defender
                              Attorney for Defendant
                              KRISTINE T. RICHARDS


**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: March 2, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge